IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS R. ELION,
Petitioner,

v.

Case No. 17–CV–01349–JPG

UNITED STATES OF AMERICA,
Respondent.

## **JUDGMENT**

This matter having come before the Court, and the Court having denied Petitioner Otis R. Elion's Motion to Vacate, Set Aside, or Correct Sentence,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed on the merits.

**Dated: Thursday, April 2, 2020**  **MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**