# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OTIS R. ELION, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:17-cv-01349-JPG |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that Petitioner Otis R. Elion's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed, that judgment is entered in favor of Respondent United States of America and against Petitioner Otis R. Elion, and that this case is dismissed with prejudice.

**DATED:** October 17, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
    Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE